**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: METOYER, HANS                     § Case No. 14-82412
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $262,526.86            Assets Exempt: $6,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $46,667.82    Claims Discharged
                                                Without Payment: $28,135.35

Total Expenses of Administration: $13,332.18

---

   3) Total gross receipts of $ 60,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,711.14 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 2,281.50 | 13,332.18 | 13,332.18 | 13,332.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 56,609.66 | 46,928.17 | 46,928.17 | 46,667.82 |
| **TOTAL DISBURSEMENTS** | $267,602.30 | $60,260.35 | $60,260.35 | $60,000.00 |

4)  This case was originally filed under Chapter 7 on August 04, 2014. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2016          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 40 Acres, Derry Louisiana | 1110-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Community St. Bank | 4110-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Union | 4110-000 | 11,711.14 | N/A | N/A | 0.00 |
| NOTFILED | Community St. Bank | 4110-000 | 170,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$208,711.14** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 377.52 | 377.52 | 377.52 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,281.50 | 2,281.50 | 2,281.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 18.92 | 18.92 | 18.92 |
| Rabobank, N.A. | 2600-000 | N/A | 81.09 | 81.09 | 81.09 |
| Louisiana Department of Revenue | 2820-000 | N/A | 145.00 | 145.00 | 145.00 |
| Rabobank, N.A. | 2600-000 | N/A | 78.15 | 78.15 | 78.15 |
| Benning Group, LLC | 3310-000 | N/A | 500.00 | 500.00 | 500.00 |
| James Rex Fair, Jr - Client Trust Account | 3510-000 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$13,332.18** | **$13,332.18** | **$13,332.18** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery V, LLC | 7100-000 | N/A | 108.52 | 108.52 | 108.52 |
| 2 | Triangle Real Estate Properties Inc. | 7200-000 | 28,734.66 | 22,474.75 | 22,474.75 | 22,349.77 |
| 3 | Liberty Property Trust | 7200-000 | N/A | 24,344.90 | 24,344.90 | 24,209.53 |
| NOTFILED | Triangle Real Estate | 7100-000 | 27,875.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$56,609.66** | **$46,928.17** | **$46,928.17** | **$46,667.82** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82412  
**Case Name:** METOYER, HANS  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/04/14 (f)  
**§341(a) Meeting Date:** 09/04/14  

**Period Ending:** 03/09/16  
**Claims Bar Date:** 03/09/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5989 N. Merrill Rd, Byron, IL 61010 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | 911 Monroe Ave, Dixon, IL 61021 | 38,500.00 | 0.00 | | 0.00 | FA |
| 3 | 40 Acres, Derry Louisiana | 20,000.00 | 20,000.00 | | 60,000.00 | FA |
| 4 | Checking Comm St Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Living Room Furniture | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Dining Room Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Washer/Dryer | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Fridge | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Vacuum | 20.00 | 0.00 | | 0.00 | FA |
| 10 | TV (2) | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Bedroom Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Stove | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Kitchen Utensils | 40.00 | 0.00 | | 0.00 | FA |
| 14 | Dishwasher | 25.00 | 0.00 | | 0.00 | FA |
| 15 | Computer | 50.00 | 0.00 | | 0.00 | FA |
| 16 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 17 | Ring | 50.00 | 0.00 | | 0.00 | FA |
| 18 | 2013 Toyota Prius 5 65,000 Miles VIN: JTDKN3DV5D | 20,639.00 | 0.00 | | 0.00 | FA |
| 19 | 2013 Toyota Prius 5 65,000 Miles VIN: JTDKN3DV5D | 6,527.86 | 0.00 | | 0.00 | FA |
| 20 | Lawn Mower | 200.00 | 0.00 | | 0.00 | FA |
| 21 | Tools | 200.00 | 0.00 | | 0.00 | FA |
| 22 | Garden Tools | 25.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets** Totals (Excluding unknown values) | **$282,526.86** | **$20,000.00** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 03/09/2016 03:21 PM    V.13.25

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82412  
**Case Name:** METOYER, HANS  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/04/14 (f)  
**§341(a) Meeting Date:** 09/04/14  

**Period Ending:** 03/09/16  

**Claims Bar Date:** 03/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2014    **Current Projected Date Of Final Report (TFR):** December 29, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-82412 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | METOYER, HANS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***5183 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 03/09/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/15 | | James Rex Fair, Jr - Client Trust Account | sale of LA property | | 56,400.00 | | 56,400.00 |
| | {3} | | 60,000.00 | 1110-000 | | | 56,400.00 |
| | | | Commission    -3,600.00 | 3510-000 | | | 56,400.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.92 | 56,381.08 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.09 | 56,299.99 |
| 11/02/15 | 101 | Louisiana Department of Revenue | Form IT-541 year end 7/30/15 | 2820-000 | | 145.00 | 56,154.99 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.15 | 56,076.84 |
| 12/03/15 | 102 | Benning Group, LLC | Per Court Order 11/23 - pay accountants fees | 3310-000 | | 500.00 | 55,576.84 |
| 01/28/16 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,281.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,281.50 | 53,295.34 |
| 01/28/16 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $377.52, Trustee Expenses;  Reference: | 2200-000 | | 377.52 | 52,917.82 |
| 01/28/16 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $6,250.00, Trustee Compensation;  Reference: | 2100-000 | | 6,250.00 | 46,667.82 |
| 01/28/16 | 106 | Capital Recovery V, LLC | Dividend paid 100.00% on $108.52; Claim# 1; Filed: $108.52; Reference: | 7100-000 | | 108.52 | 46,559.30 |
| 01/28/16 | 107 | Triangle Real Estate Properties Inc. | Dividend paid  99.44% on $22,474.75; Claim# 2; Filed: $22,474.75; Reference: | 7200-000 | | 22,349.77 | 24,209.53 |
| 01/28/16 | 108 | Liberty Property Trust | Dividend paid  99.44% on $24,344.90; Claim# 3; Filed: $24,344.90; Reference: | 7200-000 | | 24,209.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **56,400.00** | **56,400.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **56,400.00** | **56,400.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,400.00** | **$56,400.00** | |

| | |
|---|---|
| Net Receipts : | 56,400.00 |
| Plus Gross Adjustments : | 3,600.00 |
| Net Estate : | $60,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5666** | 56,400.00 | 56,400.00 | 0.00 |
| | **$56,400.00** | **$56,400.00** | **$0.00** |

{} Asset reference(s)